```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11/01/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT GOKEY,

               Plaintiff,

        v.                            No. 18-CV-0658 (RA)

NANCY A. BERRYHILL, ACTING               ORDER
COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION,

               Defendant.

---

RONNIE ABRAMS, United States District Judge:

On October 27, 2021, the Court awarded Plaintiff $22,271.75 in attorneys' fees under the Social Security Act. Dkt. 32. The Court is now in receipt of a letter from Plaintiff's attorney, Christopher Bowes, seeking to correct a purported error in the Court's Order. According to Bowes, the Court "incorrectly states that the undersigned's hourly rate for non-contingent cases is $200," rather than the $450 rate described in Bowes' earlier declaration. Dkt. 33.

The Court's Order did not state that Mr. Bowes' hourly rate for non-contingent cases was $200. Rather, it stated that the de facto hourly rate that Bowes' requested award would yield in this case, $638.16, was "nearly $200 greater than the rate Bowes charges in non-contingency cases," Dkt. 32 at 5 (citing Bowes Dec. ¶ 32); and "exceed[ed] Bowes' standard rate by nearly $200," *id.* at 7. Accordingly, the Court sees no need to correct any aspect of its prior Order.

SO ORDERED.

Dated: November 1, 2021
New York, New York

                                                                     _____
                                                                       Hon. Ronnie Abrams